## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>CHARLES AMENT ARMSTRONG<br><br><br><br>Debtor(s) | Case No. 22-31429<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 05, 2022.

2. The debtor(s) §341 Meeting of Creditors was held October 24, 2022.

3. The debtor(s) overall pay record is 0%.

(**X**) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

(**X**) The debtor(s) failed to appear for the meeting of creditors on September 21, 2022, and October 24, 2022.

(**X**) This case does not appear to be feasible as debtor(s) schedules show that there is insufficient income to fund the plan.

(**X**) The following creditor has filed its claim and the debtor(s)' plan fails to make provisions for this claim:

        Creditor: CLOVERDALE ESTATES
        Court Claim Number 5
        Claim Amount: $795.00
        Claim Filed As: LEASE ARREARAGE

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 07, 2022.

Sabrina L. McKinney  
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*
      Jessica P. Trotman
      Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 07, 2022.

By: /s/*Jessica P. Trotman*
      Jessica P. Trotman
      Staff Attorney

Copy to:   CHARLES AMENT ARMSTRONG
              3155 GILMER AVENUE
              MONTGOMERY, AL  36105

              DAVID WESTON (via electronic filing)