# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

CHARLES AMENT ARMSTRONG

Debtor(s)

Case No. 22-31429
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 05, 2022.

2. The debtor(s) §341 Meeting of Creditors was held December 19, 2022.

3. The debtor(s) overall pay record is 9%.

(**X**) It is the Trustee's contention that this debtor(s) plan is not feasible. As grounds for said objection the Trustee would offer that the debtor(s) percentage pay record as cited above.

(**X**) This case does not appear to be feasible as debtor(s) schedules show that there is insufficient income to fund the plan.

(**X**) The following creditor has filed its claim and the debtor(s)' plan fails to make provisions for this claim:

        Creditor: CLOVERDALE ESTATES
        Court Claim Number 5
        Claim Amount: $795.00
        Claim Filed As: LEASE ARREARAGE

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this January 12, 2023.

Sabrina L. McKinney  
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*  
———————————————————  
Jessica P. Trotman  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this January 12, 2023.

By: /s/*Jessica P. Trotman*  
———————————————————  
Jessica P. Trotman  
Staff Attorney

Copy to:  CHARLES AMENT ARMSTRONG  
3155 GILMER AVE  
MONTGOMERY, AL  36105

DAVID WESTON (via electronic filing)